UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE RETIREMENT PLAN OF THE UNITE
HERE NATIONAL RETIREMENT FUND,                Index No. 08 CV 4249
et al.,

                Plaintiffs,      :      AFFIDAVIT OF SERVICE

    -against-

VILLAGE RESORTS, INC., d/b/a THE PURPLE   :
HOTEL and JOHN DOES 1-10,                 :

                Defendants.
------------------------------------------------------------X

STATE OF ILLINOIS    )
                           ) ss.:
COUNTY OF LA SALLE  )

        JOHN A. KOZARITZ, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and reside in Illinois.

        On May 29, 2008 at 8:50 a.m., at 6703 N. Cicero Avenue, Lincolnwood, Illinois 60712, deponent served the Summons, Complaint, Individual Practices of Judge Robert P. Patterson, Jr., The May 13, 2008 Calendar Notice of Case Management Conference scheduled for Monday July 7, 2008 at 9:30 a.m. before Judge Patterson and Guidelines for Electronic Filing, Third Amended Instructions for Filing an Electronic Case or Appeal, and Procedures for Electronic Case Filing upon Donald Bae, President, Village Resorts, Inc., by personally delivering and leaving the same with Adina Semel, Personal Assistant to Charles Gryll, Registered Agent for Process for Village Resorts, Inc. who was authorized to accept service on behalf of Village Resorts, Inc.

        I describe said individual as white, female, approximately 5'3" tall, approximately 120 lbs., approximately 35 years of age with brown hair.

        I declare under penalty of perjury that the foregoing is true and correct.

                                                          JOHN A. KOZARITZ
                                                          5441 N. East River Road
                                                           Chicago, IL 60656

Executed on _11th day of June 2008_

10690022.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND, et al.

V.

VILLAGE RESORTS, INC., d/b/a THE PURPLE
HOTEL, and JOHN DOES 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ. 4249

JUDGE PATTERSON

TO: (Name and address of Defendant)

Mr. Donald Bae, President
The Purple Hotel
4500 West Touhy Avenue
Lincolnwood, IL 60646

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald E. Richman
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE MAY 0 5 2008