UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND, And The Trustees Of The United Here
National Retirement Fund

                                   Plaintiff(s),

      -against-

VILLAGE RESORTS INC., d/b/a THE PURPLE HOTEL., and JOHN DOES 1-10(all other trades of business udner common control with Village Resorts, Inc)

                                   Defendant(s).
---------------------------------------------------------------------X

:

Case No.: 08-CV 4249

**Fed. R. Civ. P. 7.1 Statement**

Document Electronically Filed

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant submits the following statement identifying their ownership:

The defendant is a privately held company..

Dated: New York, NY
       July 7, 2008

                         Respectfully submitted,
                         ____/S/_____
                         RAYMOND RAGUES
                         RAGUES & MIN, LLP.
                         Attorneys for Defendant
                         VILLAGE RESORTS, INC.
                         11 Broadway, Suite 819
                         New York, NY 10004
                         Tel: 212-766-1100
                         Fax: 212-202-7848
                         Our File No. RC-7032-1-1

TO:   SHULTE ROTH & ZABEL, LLP
        Attorney for Plaintiffs

919 Third Avenue
New York, NY 10022