RAGUES & MIN, LLP
11 Broadway Suite 819
New York, NY  10004
Tel: 212-766-1100
Fax: 212-202-7848

:

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.:  08-CV 4249

-------------------------------------------------------------------X

THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND, And The Trustees Of
The United Here
National Retirement Fund

**NOTICE OF
APPEARANCE**

Document Electronically Filed

Plaintiff(s),

-against-

VILLAGE RESORTS INC., d/b/a THE PURPLE HOTEL.,
and JOHN DOES 1-10(all other trades of business udner
common control with Village Resorts, Inc)

Defendant(s).

-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Village Resorts Inc.

I certify that I am admitted to practice in this Court..

Dated:  New York, NY
        July 7, 2008                    ____/S/_____

                                        RAYMOND RAGUES
                                        RAGUES & MIN, LLP.
                                        Attorneys for Defendant
                                        VILLAGE RESORTS, INC.
                                        11 Broadway, Suite 819
                                        New York, NY 10004
                                        Tel: 212-766-1100
                                        Fax: 212-202-7848
                                        Our File No. RC-7032-1-1

TO:    SHULTE ROTH & ZABEL, LLP
       Attorney for Plaintiffs

1

919 Third Avenue
New York, NY  10022