Raymond Ragues
RAGUES & MIN, LLP.
*Attorneys for Village Resorts, Inc.,*
11 Broadway Suite 819
New York, NY  10004
212-766-1100


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND,
And The Trustees Of The Unite Here
National Retirement Fund                               Index #: 08CV4249

                         Plaintiffs,            **MOTION TO DISMISS**

           -against-

VILLAGE RESORTS, INC., d/b/a
THE PURPLE HOTEL., and
JOHN DOES 1-10 (all other trades or businesses
under common control with Village Resorts, Inc)

                         Defendants.

----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Affidavit of Donald Bae and upon all supporting papers, Defendant will move this Court before the Honorable Robert P. Patterson Jr. at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY  10007, at such time as the Court may direct, for an order pursuant to Fed. R. Civ. P. 12(B) seeking to dismiss this action on the grounds of (1) lack of jurisdiction and (2) improper venue or, alternatively, to dismiss this action pursuant to 28 U.S.C. §1404(a) on the grounds of forum non conveniens and for such other relief as this Court deems just and proper.

Dated: July 22, 2008
     New York, NY

                                                                                             */s/*
                                                  Raymond Ragues (RR8918)
                                                  RAGUES AND MIN, LLP
                                                  *Attorneys forDefendants*
                                                  Village Resorts, Inc.,
                                                  11 Broadway Suite 819
                                                  New York, NY  10004
                                                  212-766-1100

To:    SHULTE ROTH AND ZABEL, LLP
         Attorneys for Plaintiffs
         919 Third Avenue
         New York, NY  10022